## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN P. ANGELILLO,                     :    No. 3:25cv1929
                                       :
                    Petitioner         :    (Judge Munley)
                                       :
          v.                           :
                                       :
WARDEN OF SCI-COAL TOWNSHIP,           :
et al.,                                :
                                       :
                    Respondents        :
··································································································

## ORDER

**AND NOW**, to wit, this ___1st___ day of July 2026, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254, and in accordance with the court's memorandum of the same date, it is hereby **ORDERED** that:

1.    The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2.    The remaining pending motion (Doc. 23) is **DISMISSED** as moot.

3.    The Clerk of Court is directed to **CLOSE** this case.

4.    There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court